TOWN BANK & TRUST COMPANY *vs.* SHERATON INVESTMENT CORP. & others. June 18, 1974. This is an action against the maker and two guarantors to recover the unpaid balance and interest on a $14,000 promissory note. The judge granted the plaintiff's motion for summary judgment under G. L. c. 231, § 59, and the defendants appealed. The defendants filed answers to the declaration pleading a general denial and various affirmative defenses. However, the defendants failed to respond to the plaintiff's notice to admit facts, thereby admitting (G. L. c. 231, § 69) sufficient facts to establish the plaintiff's case. G. L. c. 106, § 3-307. In this and all other material respects the case before us is controlled by *Loew* v. *Minasian,* 361 Mass. 390 (1972). The order for judgment is affirmed, and as the appeal is frivolous, the plaintiff is to have double costs and interest at the rate of twelve per cent a year from the time of the taking of the appeal. G. L. c. 211A, § 15.

*So ordered.*

John P. Zelonis, Jr. (*Steven T. Ladoulis* with him) for the defendants.
Frederick F. Schauer (*Robert L. Caporale* with him) for the plaintiff.